UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-6626

JELANI HUSANI SIMBA,

Plaintiff - Appellant,

versus

WILLIE J. THOMPSON; HENRY HOLIDAY; DAVIDA
GREEN; M. T. THORNSBY; S. H. HUBBARD; MICHAEL
EDWARDS; R. H. HAMM; V. T. TAYLOR,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. James C. Fox, Senior
District Judge. (CA-99-433-5-F)

Submitted: August 29, 2003          Decided: June 9, 2004

Before WILKINSON and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jelani Husani Simba, Appellant Pro Se. Jonathan A. Berkelhammer,
Virginia Anne Bain, SMITH MOORE, L.L.P., Greensboro, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jelani Husani Simba appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Simba v. Thompson, No. CA-99-433-5-F (E.D.N.C. Apr. 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED